■ FREDERICK WEBBER et al., Respondents-Appellants, v CITY OF DUNKIRK, Appellant-Respondent. (Appeal No. 2.) [642 NYS2d 852] —Order affirmed without costs. Same Memorandum as in *Webber v City of Dunkirk* (226 AD2d 1050 [decided herewith]).

All concur except Lawton and Balio, JJ., who dissent in part and vote to modify in the same dissenting Memorandum as in *Webber v City of Dunkirk* (226 AD2d 1050, 1051 [decided herewith]). (Appeals from Order of Supreme Court, Chautauqua County, Gerace, J.—Labor Law.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.